UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:11CV00200 AGF ) |
| CONSTRUCTION SERVICES 2000, INC., | ) ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' motion for default judgment against Defendant Construction Services 2000, Inc. Plaintiffs filed this action on January 28, 2011, under the Employee Retirement Income Security Act, 29 U.S.C. §§ 1132. The complaint alleges that Defendant failed to fully pay several employee benefit funds, whose contributions due under the collective bargaining agreement with Defendant's employees' union. Plaintiffs are the union and the trustees of the various funds.

On May 18, 2011, Plaintiffs filed a motion for entry of default and for default judgment. On May 20, 2011, the Clerk of Court entered an order of default against Defendant. In the motion for default judgment, Plaintiffs seek judgment against Defendant for delinquent contributions for the period of May 1, 2009 through September 30, 2010 in the amount of $58,630.10. Plaintiffs also seek $535.00 in legal fees and $621.55 in court costs.

Plaintiffs have provided documentation supporting their assertion that they are entitlement to these amounts. Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for default judgment is **GRANTED**. [Doc. #6 ]

An appropriate Judgment showing Defendant's full liability of $59,786.55 shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2011